UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| MICHAEL PAUL THOMAS, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5: 25-146-DCR |
| ) | |
| v. ) | |
| ) | |
| NEW VISTA SCHWARTZ CENTER, ) | **ORDER** |
| et al., ) | |
| ) | |
| Defendants. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the Report and Recommendation ("R&R") filed by United States Magistrate Judge Matthew A. Stinnett on December 1, 2025. [Record No. 11] Plaintiff Michael Paul Thomas has not filed timely objections to the R&R.[1] Therefore, the Court considers any potential objections waived. *See United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981); *Thomas v. Arn*, 106 S.Ct. 466, 468 (1985). Accordingly, it is hereby

**ORDERED** as follows:

1. The United States Magistrate Judge's R&R [Record No. 11] is **ADOPTED** in full and **INCORPORATED** here by reference.

2. All claims asserted by Plaintiff Thomas are **DISMISSED** without prejudice.

3. This action is **DISMISSED** and **STRICKEN** from the docket.

---

[1] The plaintiff has failed to serve any named defendant since filing his Complaint on April 28, 2025. Therefore, the defendants have not had the opportunity to address the Magistrate Judge's R&R.

Dated: December 16, 2025.

                                                          Danny C. Reeves, District Judge
                                                          United States District Court
                                                          Eastern District of Kentucky